FILED
CLERK, U.S. DISTRICT COURT

15 JAN 03 PM 1: 25

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

PAUL M. WARNER, United States Attorney (#3389)
BARBARA BEARNSON, Assistant United States Attorney(#3986)
Attorneys for the United States of America
185 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | 2:03CR00028 DB |
|---|---|---|
| Plaintiff, | : | INDICTMENT |
| vs. | : | VIO. 18 U.S.C. §§ 2113(a) and 2, ATTEMPTED BANK EXTORTION and AIDING AND ABETTING |
| CHRISTOPHER ALEX CHEENEY and TRINIDAD PENA, | : | |
| Defendants. | : | |

The Grand Jury charges:

COUNT I

On or about January 8, 2003, in the Central Division of the District of Utah,

CHRISTOPHER ALEX CHEENEY and TRINIDAD PENA,

defendants herein, each aiding and abetting the other, by force and violence, and by

intimidation, attempted to obtain by extortion, any money or other thing of value,



belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank, located at 4740 South 900 East, Murray, Utah, the deposits of which are and were on the date of the attempted extortion insured by the Federal Deposit Insurance Corporation, Certificate No. 13718; all in violation of 18 U.S.C. §§ 2113(a) and 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

_____
BARBARA BEARNSON
Assistant United States Attorney