## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JUDGE: Hon. Samuel Alba | COURT REPORTER: Electronic |
| | COURTROOM DEPUTY: Stephanie Schaerrer |
| | INTERPRETER: |
| DATE: 1/21/03 | TAPE # 3664 |
| CASE NO. 2:03-CR-28 DB | LOG #   2509 - 2642 |

USA vs Christopher Alex Cheeney and Trinidad Pena

Approved By:_____

### APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Barbara Bearnson, AUSA |
| Dft | Rich Mauro |
| Dft | Mike Sikora |
| USPO | Stacy Smith |

MATTER SET: Arraignment, Pretrial Conference

DOCKET ENTRY:

    Defendants present in custody with counsel. Both defendants waived formal reading of the indictment, pleas of NOT GUILTY entered by both defendants. 2 day jury trial set to begin on 3/24/03 at 8:30am, see pretrial order for other dates. Defendants remanded to custody of USMS.

