# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Dee Benson

COURT REPORTER: Ed Young
COURTROOM DEPUTY: Ron Black
INTERPRETER: None

CASE NO. 2:03cr28 B

USA v. Christopher Cheeney

Approved By:_____

## APPEARANCE OF COUNSEL

Pla    Barbara Bearnson
Dft    Richard P. Mauro

DATE: 06/17/03

MATTER SET: Sentencing

DOCKET ENTRY:

Dft present with cnsl and in custody. Stmts made by cnsl, dft & Govt. Crt Adjudges:
**Sentence:**
Dft placed in the custody of the B.O.P for 151 months. Supervised release 5 years. Standard conditions of release. Special condition: 1. The defendant shall maintain full-time, verifiable employment or participate in educational, academic, or vocational development throughout the term of supervised release, as deemed appropriate by the United States Probation Office. 2. The defendant will submit to drug/alcohol testing as directed by the probation office and pay a one time $115.00 fee to partially defer the costs of collection and testing. If deemed appropriate by the Court and the probation office, the defendant will pay additional costs associated with the confirmation testing of positive results reported to the Court. 3. The defendant shall submit his person, residence, office, or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. No fine is imposed. Special assessment fee of $100.00, payable forthwith. The Court informs the dft of his right to appeal within 10 days of entry of judgment. The Court orders that paragraph 40 of the pre-sentence report to be removed. The Court recommends a Federal Correctional Institution in Safford, AZ., or Southern California, for family visitations. The dft is remanded to the custody of the USMS.

**41**