USDC UT Approved 06/06/00    Revised 11/03/00

FILED

# United States District Court
## District of Utah

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Offenses Committed On or After November 1, 1987) |
| **Christopher Alex Cheeney** | Case Number: 2:03-cr-00028-001 DB |
| | Plaintiff Attorney: Barbara Bearnson |
| | Defendant Attorney: Richard P. Mauro |
| | Atty: CJA **X**  Ret ___ FPD ___ |

Defendant's Soc. Sec. No.: ___

Defendant's Date of Birth: **06/18/1968**

Defendant's USM No.: **10215-081**

Defendant's Residence Address:
1572 East 3115 South
Salt Lake City, Utah 84106
Country ___

**06/17/2003**
Date of Imposition of Sentence

Defendant's Mailing Address:
SAME
SAME
Country ___

THE DEFENDANT:
- [X] pleaded guilty to count(s) **I-Indictment**
- [ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
- [ ] was found guilty on count(s) ___

COP **04/02/2003** Verdict ___

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18USC§2113(a) and 2 | Attempted Bank Extortion and Aiding and Abetting | I |

Entered on docket
10/11/ By:
_____
Deputy Clerk

- [ ] The defendant has been found not guilty on count(s) ___
- [ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of **151 months.**

Upon release from confinement, the defendant shall be placed on supervised release for a term of **5 years.**

- [ ] The defendant is placed on Probation for a period of ___
The defendant shall not illegally possess a controlled substance.



Defendant:      Christopher Alex Cheeney                                                Page 2 of 5
Case Number:    2:03-cr-00028-001 DB

*For offenses committed on or after September 13, 1994:*
> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. The defendant shall maintain full-time, verifiable employment or participate in educational, academic, or vocational development throughout the term of supervised release, as deemed appropriate by the United States Probation Office.

2. The defendant will submit to drug/alcohol testing as directed by the probation office and pay a one time $115.00 fee to partially defer the costs of collection and testing. If deemed appropriate by the Court and the probation office, the defendant will pay additional costs associated with the confirmation testing of positive results reported to the Court.

3. The defendant shall submit his person, residence, office, or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

### CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of   $ _____ , payable as follows:
☐ forthwith.

☐ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**No Fine Imposed**

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☐ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

☐ The interest requirement is waived.

Defendant: Christopher Alex Cheeney        Page 3 of 5
Case Number: 2:03-cr-00028-001 DB

☐ The interest requirement is modified as follows: _____

# RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| | | |

Totals: $_____ $_____

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☐ Restitution is payable as follows:
    ☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.
    ☐ other: _____

☐ The defendant having been convicted of an offense described in 18 U.S.C.§3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
    ☐ An Amended Judgment in a Criminal Case will be entered after such determination

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ **100.00**, payable as follows:
☒ forthwith.
☐ _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

Defendant:     Christopher Alex Cheeney                                    Page 4 of 5
Case Number:   2:03-cr-00028-001 DB

## RECOMMENDATION

☒ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:

**The Court recommends a Federal Correctional Institution in Safford, Arizona or Southern California for family visitations.**

## CUSTODY/SURRENDER

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal    for this district at
   _____ on _____.

☐ The defendant shall report to the institution designated by the Bureau of Prisons   by
   _____ Institution's local time, on _____.

DATE:    June 18, 2003          _____
                                Dee Benson
                                **United States District Judge**

Defendant:     Christopher Alex Cheeney                                        Page 5 of 5
Case Number:   2:03-cr-00028-001 DB

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on  _____  to  _____

at  _____ , with a certified copy of this judgment.


                                              _____
                                              UNITED STATES MARSHAL

                                        By  _____
                                              Deputy U.S. Marshal

                                                                    jmo
                     United States District Court
                              for the
                          District of Utah
                          June 19, 2003


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:03-cr-00028



True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


        Ms. Barbara Bearnson, Esq.
        US ATTORNEY'S OFFICE
        ,    84111
        EMAIL

        Mr Richard P Mauro, Esq.
        43 E 400 S
        SALT LAKE CITY, UT  84111
        JFAX 9,3643232

        USMS
        DISTRICT OF UTAH
        ,
        JFAX 9,5244048

        US Probation
        DISTRICT OF UTAH
        ,
        EMAIL